UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEISHA JEAN DOYLE,

        Plaintiff,                     Case No. 1:18–cv–00360–RSK

v.                                    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

The Court GRANTS plaintiff's unopposed motion for extention to file her initial brief (ECF No. 11). The briefing schedule is amended as follows: plaintiff's initial brief is due August 1, 2018; defendant's brief is due 8/29/2018; plaintiff's reply brief, by September 12, 2018.

IT IS SO ORDERED.

Dated:  June 26, 2018                           /s/ Ray Kent
                                                          RAY KENT
                                                          U.S. Magistrate Judge